**FILED**
November 23, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **PERLA YADIRA ROJAS-PEREZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-3626-OLG** |
| | § | |
| **FACILITY WARDEN, Karnes Immigration Processing Center, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioner Perla Yadira Rojas-Perez initiated on June 5, 2026. Respondents have since advised the Court of Petitioner's removal from the United States. (Dkt. No. 6.) Accordingly, because Petitioner is no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 23, 2026.

ORLANDO L. GARCIA
United States District Judge